1  QUIN DENVIR, Bar #49374
   Federal Defender
2
   MATTHEW C. BOCKMON, Bar #161566
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   JONATHAN R. HASSLER
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        )  NO. CR-S-05-315 GEB
                                     )
14                  Plaintiff,       )  STIPULATION AND [PROPOSED] ORDER
                                     )  CONTINUING STATUS CONFERENCE
15       v.                          )
                                     )
16  JONATHAN R. HASSLER,             )  DATE:  October 7, 2005
                                     )  TIME:  9:00 a.m.
17                  Defendant.       )  JUDGE: Garland E. Burrell, Jr.
                                     )
18  _____ )
                                     )
19                                   )

20       It is hereby stipulated and agreed to between the United States of

21  America through Carolyn Delaney, Assistant United States Attorney, and

22  defendant, Jonathan R. Hassler, by and through his counsel, Matthew C.

23  Bockmon, Assistant Federal Defender, that the status conference,

24  presently scheduled for September 30, 2005, be vacated and rescheduled

25  to October 7, 2005 at 9:00 a.m.

26       This continuance is requested because defense counsel will be out

27  of the office on leave.

28       IT IS FURTHER STIPULATED that the period from the date of the

1  signing of this order to October 7, 2005 be excluded in computing the

2  time within which trial must commence under the Speedy Trial Act,

3  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for

4  continuity and preparation of counsel.

5  Dated: September 28, 2005

6                                          Respectfully submitted,

7                                          QUIN DENVIR
                                           Federal Defender
8
                                           /s/ Matthew C. Bockmon
9
                                           _____
                                           MATTHEW C. BOCKMON
10                                         Assistant Federal Defender
                                           Attorney for Defendant
11                                         JONATHAN R. HASSLER

12

13  Dated:  September 28, 2005

14                                         MCGREGOR W. SCOTT
                                           United States Attorney
15
                                           /s/ Matthew C. Bockmon for
16
                                           _____
17                                         CAROLYN DELANEY
                                           Assistant U.S. Attorney
                                           per telephonic authority
18

19                              **O R D E R**

20  IT IS SO ORDERED.

21  DATED:  September 28, 2005

22                                         /s/ Garland E. Burrell, Jr.
                                           GARLAND E. BURRELL, JR.
23                                         United States District Judge

24

25

26

27

28

Stip & Order/Hassler/CR-S-05-315-GEB        2