QUIN DENVIR, Bar #49374
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JONATHAN R. HASSLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-05-315 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | |
| JONATHAN R. HASSLER, ) | DATE: December 16, 2005 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Garland E. Burrell, Jr. |
| ) | |
| _____ ) | |
| ) | |

It is hereby stipulated and agreed to between the United States of America through Carolyn Delaney, Assistant United States Attorney, and defendant, Jonathan R. Hassler, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference, presently scheduled for October 7, 2005, be vacated and rescheduled to December 16, 2005 at 9:00 a.m. for further status conference and probable change of plea.

The parties have begun to explore possible resolutions of the case but seek additional time to consider settlement options.

1    IT IS FURTHER STIPULATED that the period from the date of the
2 signing of this order to December 16, 2005 be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.
6 Dated: October 6, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JONATHAN R. HASSLER

Dated:  October 6, 2005

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
CAROLYN DELANEY
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  October 7, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order/Hassler/CR-S-05-315-GEB          2