```
1  QUIN DENVIR, Bar #49374
   Federal Defender
2
   MATTHEW C. BOCKMON, Bar #161566
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   JONATHAN R. HASSLER
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,     ) NO. CR-S-05-315 GEB
                                 )
14            Plaintiff,         ) STIPULATION AND [PROPOSED] ORDER
                                 ) CONTINUING STATUS CONFERENCE
15    v.                         )
                                 )
16 JONATHAN R. HASSLER,          ) DATE: January 20, 2006
                                 ) TIME: 9:00 a.m.
17            Defendant.         ) JUDGE: Garland E. Burrell, Jr.
                                 )
18 _____ )
                                 )
19                               )
```

20      It is hereby stipulated and agreed to between the United States of

21 America through Carolyn Delaney, Assistant United States Attorney, and

22 defendant, Jonathan R. Hassler, by and through his counsel, Matthew C.

23 Bockmon, Assistant Federal Defender, that the status conference,

24 presently scheduled for December 16, 2005, be vacated and rescheduled

25 to January 20, 2006 at 9:00 a.m. for further status conference and

26 probable change of plea.

27      This continuance is requested due to ongoing investigation and the

28 parties continue exploring possible resolutions of the case but

1  additional time is needed to consider settlement options.

2      IT IS FURTHER STIPULATED that the period from the date of the
3  signing of this order to January 20, 2006 be excluded in computing the
4  time within which trial must commence under the Speedy Trial Act,
5  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
6  continuity and preparation of counsel.

7  Dated: December 14, 2005

                                                  Respectfully submitted,

                                                  QUIN DENVIR
                                                  Federal Defender

                                                  /s/ Matthew C. Bockmon
                                                  _____
                                                  MATTHEW C. BOCKMON
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  JONATHAN R. HASSLER

Dated:   December 14, 2005

                                                  MCGREGOR W. SCOTT
                                                  United States Attorney

                                                  /s/ Matthew C. Bockmon for
                                                  _____
                                                  CAROLYN DELANEY
                                                  Assistant U.S. Attorney
                                                  per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:   December 15, 2005

                                                  /s/ Garland E. Burrell, Jr.
                                                  GARLAND E. BURRELL, JR.
                                                  United States District Judge